■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER MILES, Appellant. (Appeal No. 2.)—Order unanimously affirmed. Same memorandum as in *People v Miles* ([appeal No. 1], 136 AD2d 958 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Marshall, J.—CPL art 440.) Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.